```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 18784
    FAUSTO GUEVARA
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

        Debtor
    SSN XXX-XX-1364


------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 10/12/2007 and was not confirmed.

     The case was dismissed without confirmation 01/14/2008.
------------------------------------------------------------------------
CREDITOR NAME             CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------
AMERICAS SERVICING COMPA  NOTICE ONLY    NOT FILED              .00          .00
AMERICAS SERVICING COMPA  CURRENT MORTG        .00              .00          .00
AMERICAS SERVICING COMPA  MORTGAGE ARRE        .00              .00          .00
COOK COUNTY TREASURER     SECURED              .00              .00          .00
BANK OF AMERICA           UNSECURED      NOT FILED              .00          .00
CCA                       UNSECURED      NOT FILED              .00          .00
CITIFINANCIAL SERVICES I  UNSECURED      NOT FILED              .00          .00
RESURGENT CAPITAL SERVIC  UNSECURED         3391.84             .00          .00
FIRST BANK                UNSECURED      NOT FILED              .00          .00
FIRST BANK                UNSECURED      NOT FILED              .00          .00
ILLINOIS COLLECTION SE    UNSECURED      NOT FILED              .00          .00
MERCHANTS & PROFESSIONAL  UNSECURED      NOT FILED              .00          .00
PORTFOLIO RECOVERY ASSOC  UNSECURED         4282.28             .00          .00
BENNIE W FERNANDEZ        DEBTOR ATTY      2,873.00                       683.26
TOM VAUGHN                TRUSTEE                                          59.41
DEBTOR REFUND             REFUND                                          742.67

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE             1,485.34

PRIORITY                                           .00
SECURED                                            .00
UNSECURED                                          .00
ADMINISTRATIVE                                  683.26
TRUSTEE COMPENSATION                             59.41
DEBTOR REFUND                                   742.67
                    --------------       --------------
TOTALS              1,485.34                  1,485.34
```

            PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 18784 FAUSTO GUEVARA

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 04/23/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE